UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DENNIS FRANCIS**                                                           **CIVIL ACTION**

**VERSUS**                                                                         **NO. 05-4065**

**MARLIN GUSMAN, CRIMINAL SHERIFF**                       **SECTION "S" (1)**
**OF ORLEANS PARISH, ET AL.**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motion for summary judgment is **GRANTED** and that plaintiff's claims against all defendants are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  21st  day of June, 2006.

_____
Mary Ann Vial Lemmon
United States District Judge